Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., *Plaintiffs* v. 18699055609@163.com, *et al.*, *Defendants* | **CIVIL ACTION No. 19-cv-6950 (VM)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants DKLLR, dsgbsrtjnatrjg, leiyishen and richardhuan3456 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: September 19, 2019                     Respectfully submitted,

                                              **EPSTEIN DRANGEL LLP**

                                              BY:

                                              Danielle S. Yamali (DY 4228)
                                              dfutterman@ipcounselors.com
                                              EPSTEIN DRANGEL LLP
                                              60 East 42nd Street, Suite 2520
                                              New York, NY 10165
                                              Telephone: (212) 292-5390
                                              Facsimile: (212) 292-5391
                                              *Attorneys for Plaintiffs*
                                              *Spin Master Ltd. and Spin Master,*
                                              *Inc.*

**It is so ORDERED.**

Signed at New York, NY on _September_, 2019.

                                              Judge Victor Marrero
                                              United States District Judge

2